UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

BRENDA DICKEY )
)
    Plaintiff )
) Case No. 5:10CV-90-R
v. ) *Electronically Filed*
)
CARDIOLOGY ASSOCIATES )
OF PADUCAH, P.S.C. )
)
    Defendant )

## AGREED ORDER OF DISMISSAL

The parties having agreed between themselves to resolve all claims asserted, or that could have been asserted, in the above-styled action; and the court being duly advised of such settlement;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-styled action be, and the same hereby is dismissed with prejudice, including all claims asserted or which could have been asserted therein, each party to pay their own costs and attorneys' fees.

HAVE SEEN AND AGREED TO:

s/ Stephen E. Smith, Jr.
Attorney for Defendant

s/ Andrew Dutkanych, III (by permission)
Attorney for Plaintiff